# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Carlos Ray Blanco, | Case No. 2:21-cv-01523-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| US Department of State, | |
| Defendant. | |

Before the Court are two motions by *pro se* plaintiff Carlos Ray Blanco.  Plaintiff moves to see "the original application SS-5," and asks the Court to "reject" it and confirm that Plaintiff is "NOT eligible for a Social Security Number…" (ECF No. 9).  Plaintiff also moves for a "sit-down with the honorable DANIEL J. ALBREGTS UNITED STATES MAGISTRATE JUDGE to have a clear understanding, referring to the matter case on file above." (ECF No. 10).  The Court denies both motions and finds these matters properly resolved without a hearing.  LR 78-1.

Regarding Plaintiff's motion to see "the original application SS-5," Plaintiff's asks the Court to "REPLACE and not AMEND original SS-5 Application on File." (ECF No. 9 at 1).  But the Court does not hold or have on file any information related to Plaintiff's social security number or application.  The Court thus cannot "confirm that [Plaintiff] is NOT eligible and REJECT the application" as Plaintiff requests.

Regarding Plaintiff's motion for a "sit-down" with the undersigned, the Court considers this a request for an ex parte communication.  Under Local Rule IA 7-2, an "ex parte communication is a communication between a pro se party or attorney and a judge or chambers when the opposing party or attorney is not present or copied, including telephone calls, letters, or emails."  LR IA 7-2(a).  However, "[n]either party nor an attorney for any party may make an ex parte communication except as specifically permitted by court order or the Federal Rules of Civil

or Criminal Procedure.  An ex parte motion or application must articulate the rule that permits ex parte filing and explain why it is filed on an ex parte basis." LR IA 7-2(b).  Plaintiff has not articulated the rule that permits his request, and the Court is not aware of any rule that would permit an informal, ex parte communication to discuss a case generally like that which Plaintiff seeks.

       **IT IS THEREFORE ORDERED** that Plaintiff's motion to see original application SS-5 (ECF No. 9) is **denied**.

       **IT IS FURTHER ORDERED** that Plaintiff's motion for a "sit-down" (ECF No. 10) is **denied**.

       DATED: May 12, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE